UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| INOVA HEALTH SYSTEM,           ) | |
| )  | |
| Petitioner,           ) | |
| ) | |
| v.                           ) | No. 14-1144 |
| ) | |
| NATIONAL LABOR RELATIONS BOARD,  ) | |
| ) | |
| Respondent         ) | |

**PETITIONER'S NOTICE OF FILING UNDERLYING DECISION**

Petitioner Inova Health System hereby gives notice of filing the underlying decision from which it has petitioned, pursuant to the July 31, 2014 Order of this Court. A copy of the underlying decision was attached to the Petition for Review filed on July 31, 2014.

Respectfully submitted,

*/s/ Maurice Baskin*_____

Maurice Baskin
Anita Polli
John Doran
Littler Mendelson, PC
1150 17th St., N.W.
Washington, D.C. 20036
202-772-2526
mbaskin@littler.com

Attorneys for Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Notice has been served on the following through the CM/ECF system if they are registered users, or, if they are not, by serving a copy at the addresses listed below, via U.S. mail, this 29th day of August, 2014:

>Linda J. Dreeben, Esq.
>Deputy Associate General Counsel
>Appellate and Supreme Court Litigation Branch
>National Labor Relations Board
>1099 14th St., N.W.
>Washington, D.C. 20570
>
>M. Anastasia Hermosillo, Esq.
>Paula S. Sawyer, Esq.
>Counsel for the General Counsel
>1099 14th St., N.W.
>Suite 5526
>Washington, D.C. 20570
>
>Brian Connolly
>Paul M. Tyler
>Gromfine, Taylor & Tyler, PC
>1727 King Street
>Suite 210
>Alexandria, VA 22314
>
>Charles L. Posner
>Regional Director, Region 5
>100 S. Charles St., Suite 600
>Baltimore, MD 21201

                                         /s/Maurice Baskin_____
                                         Maurice Baskin